```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 54189
   RODNEY H BELL
   KYP D PRINCE                                 CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5519      SSN XXX-XX-2609


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/14/2005 and was confirmed 12/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.37% from remaining funds.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
AMOCO OIL                    UNSECURED       NOT FILED           .00            .00
AT&T CREDIT MANAGEMENT       UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK             UNSECURED       NOT FILED           .00            .00
CHARTER ONE                  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING      UNSECURED        12857.54           .00        1848.13
CITY OF CHICAGO REVENUE      UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON          UNSECURED          656.09           .00          94.30
COMCAST                      UNSECURED       NOT FILED           .00            .00
CREDIT ACCEPTANCE CORP       UNSECURED         3431.25           .00         493.21
ENTERPRISE RECOVER SYSTE     UNSECURED       NOT FILED           .00            .00
HSBC NEVADA                  UNSECURED       NOT FILED           .00            .00
HUMPREYS COUNTY MEMORIAL     UNSECURED           94.15           .00          13.53
ILLINOIS DEPT OF PUBLIC      UNSECURED       NOT FILED           .00            .00
ISAC                         UNSECURED         6289.07           .00         903.98
INTERNAL REVENUE SERVICE     UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE     UNSECURED             .00           .00            .00
LASALLE BANK                 UNSECURED       NOT FILED           .00            .00
MCI RESIDENTIAL SERVICE      UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED             .00           .00            .00
PROVIDIAN NATIONAL BANK      UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY            UNSECURED       NOT FILED           .00            .00
TELECOM USA                  UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPT OF HUMAN S     UNSECURED         1549.78           .00         222.77
STITT KLEIN DADAY & ARET     DEBTOR ATTY          .00                           .00
TOM VAUGHN                   TRUSTEE                                         240.08
DEBTOR REFUND                REFUND                                            3.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,819.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 54189 RODNEY H BELL & KYP D PRINCE
```

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                      3,575.92
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             240.08
DEBTOR REFUND                                                      3.00
                                        ---------------   ---------------
TOTALS                                         3,819.00          3,819.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 03/05/09                   /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 05 B 54189 RODNEY H BELL & KYP D PRINCE